```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DIANE KORDEK                    :     CIVIL ACTION
                                :
       v.                       :
                                :
                                :
                                :
BECTON, DICKINSON AND CO.       :     NO. 10-7040
```

                                ORDER

AND NOW, this 1st day of February, 2013, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 31), the opposition in response (Docket No. 35), and the reply thereto (Docket No. 41), and following oral argument on January 9, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  Judgment is hereby ENTERED in favor of the defendant Becton, Dickinson and Co. and against the plaintiff Diane Kordek.  The case is closed.


                                        BY THE COURT:


                                        /s/ Mary A. McLaughlin
                                        MARY A. McLAUGHLIN, J.